AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

KIERAN MCQUAID, et al., )
*Plaintiff* )
v. ) Case No. 18-cv-9230
CAPITAL STACK, LLC, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 10/10/2018

/s/Michael J. Borrelli
*Attorney's signature*

Michael J. Borrelli, Esq. (MB 8533)
*Printed name and bar number*

Borrelli & Associates, P.L.L.C.
1010 Northern Boulevard, Suite 328
Great Neck, New York 11021

*Address*

mjb@employmentlawyernewyork.com
*E-mail address*

(516) 248-5550
*Telephone number*

(516) 248-6027
*FAX number*