AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| KIERAN MCQUAID, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-9230 |
| CAPITAL STACK, LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                                    .

Date: 10/10/2018

/s/Alexander T. Coleman
*Attorney's signature*

Alexander T. Coleman, Esq. (AC 1717)
*Printed name and bar number*

Borrelli & Associates, P.L.L.C.
1010 Northern Boulevard, Suite 328
Great Neck, New York 11021

*Address*

atc@employmentlawyernewyork.com
*E-mail address*

(516) 248-5550
*Telephone number*

(516) 248-6027
*FAX number*