UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIERAN McQUAID, on behalf of himself, individually, and on behalf of all others similarly-situated,

          Plaintiff,

-against-

CAPITAL STACK, LLC, and ePRODIGY ACH, LLC, and ePRODIGY OPERATIONS, LLC, and DAVID RUBIN, individually, and BRIAN STULMAN, individually,

          Defendants.

**Docket No.: 1:18-cv-9230-ALC**

### NOTICE OF PLAINTIFFS' CONSENT MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, SERVICE AWARDS, AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND THE ENTRY OF FINAL JUDGMENT

PLEASE TAKE NOTICE that upon the annexed Declarations of Michael R. Minkoff, Esq. ("Minkoff Declaration") and Angela Ferrante of Arden Claims Service, LLC ("Arden"), and all exhibits annexed thereto, and the Memorandum of Law submitted herewith, and upon all prior pleadings and proceedings heretofore had herein, Named Plaintiff Kieran McQuaid and Opt-in Plaintiff Orlando Hernandez will move this Court for an Order:

1) Granting final approval of the Settlement Agreement, annexed as **Exhibit A** to the Minkoff Declaration;

2) Authorizing the distribution of settlement checks to all Class Members who submitted claim forms, of whom there were twenty-seven, representing their respective shares of the Settlement Fund;

3) Awarding Service Awards to the Named Plaintiff and Opt-in Plaintiff Hernandez in the amount of $2,500.00 each, and $1,000.00 each to Opt-in Plaintiffs Aileen Cordero, Lauren Filippazzo, Bradley Hackett, Jose Jimenez, and Robert Knuckles;

4) Awarding attorneys' fees in the amount of $112,500.00, for legal services performed in prosecuting and settling the claims in this action, to Class Counsel, Borrelli & Associates, P.L.L.C.;

5) Awarding $1,667.75 for costs and out-of-pocket expenses to Class Counsel;

6) Awarding $10,000.00 for claims administration fees and costs to Arden;

7) Providing for the release of all claims as specified in the Settlement Agreement by all Class Members who did not properly and timely opt-out of the settlement (of which there was one); and

8) Dismissing this action against Defendants with prejudice, but with the Court's continued jurisdiction over the construction, interpretation, implementation, and enforcement of the Parties' settlement and over the administration and distribution of the settlement fund.

Dated: New York, New York
July 8, 2020

Respectfully submitted,

BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiffs*
655 Third Avenue, Suite 1821
New York, New York 10017
Tel.   (212) 679–5000
Fax.   (212) 679-5005

By: _____
Michael R. Minkoff, Esq. (MM 4787)
Alexander T. Coleman, Esq. (AC 1717)
Michael J. Borrelli, Esq. (MB 8533)