USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/25/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIERAN McQUAID, on behalf of himself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

-against-

CAPITAL STACK, LLC, and ePRODIGY ACH, LLC, and ePRODIGY OPERATIONS, LLC, and DAVID RUBIN, individually, and BRIAN STULMAN, individually,

                Defendants.

Civil Action No.: 1:18-cv-9230-ALC

## ORDER GRANTING WITHDRAWAL OF APPEARANCE OF JONATHAN E. SAMON, ESQ.

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed Affidavit, Jonathan E. Samon, Esq. is hereby withdrawn as counsel for Defendants CAPITAL STACK, LLC, ePRODIGY ACH LLC and ePRODIGY OPERATIONS, LLC.

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIERAN McQUAID, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>CAPITAL STACK, LLC, and ePRODIGY ACH, LLC, and ePRODIGY OPERATIONS, LLC, and DAVID RUBIN, individually, and BRIAN STULMAN, individually,<br><br>　　　　　　　Defendants. | Civil Action No.: 1:18-cv-9230-ALC<br><br>**AFFIDAVIT OF JONATHAN E. SAMON** |

STATE OF NEW YORK　)
　　　　　　　　　　) ss:
COUNTY OF NEW YORK )

　　　JONATHAN E. SAMON, being duly sworn, deposes and states:

　　　1.　　I am in house counsel for Defendants CAPITAL STACK, LLC, ePRODIGY ACH LLC and ePRODIGY OPERATIONS, LLC in this case. I am admitted to practice in this Court and respectfully submit this Affidavit in support of the Proposed Order Granting Withdrawal of Appearance of Jonathan E. Samon, Esq.

　　　2.　　Plaintiff commenced this action on October 9, 2018. (ECF No. 1). On August 7, 2020, the Court granted the parties' Motion for Final Approval of Class and Collective Action Settlement (ECF No. 62).

　　　3.　　I am ending my employment as in house counsel for defendants, effective March 3, 2021. Defendants will continue to be represented by the remaining attorney of record at Baker & Hostetler LLP, Amy J. Traub.

4. I am not asserting a retaining or charging lien in this action.

_____
Jonathan E. Samon

Subscribed and sworn to
before me this 24 day
of February 2021.

_____
Notary Public

SOFIA AUNG
Notary Public - State of New York
NO. 01AU6386633
Qualified in Queens County
My Commission Expires Jan 28, 2023